IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARTIN GILZOW                                                                                          PLAINTIFF

V.                                            CASE NO. 05-5091

LENDERS TITLE COMPANY,
an Arkansas Corporation, and
MICHAEL PRYOR, Individually                                                                DEFENDANT

**O R D E R**

Now on this 15th day of December, 2005, pursuant to the Joint Stipulation for Dismissal (Document #16), the Court hereby dismisses all claims and causes of action stated by Plaintiff, Martin Gilzow, in the above entitled action as to the separate defendant, Michael Pryor, without prejudice, each party to bear its own costs and attorney's fees.

The action of Martn Gilzow against Lenders Title Company remains pending for trial on March 13, 2006.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE