IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARTIN GILZOW**                                                                             **PLAINTIFF**

    v.                        Case No. 05-5091

**LENDERS TITLE COMPANY**, an Arkansas
Corporation                                                      **DEFENDANT**

### O R D E R

Now on this 7th day of March, 2006, comes on for consideration **Defendant's Motion For Reconsideration And Motion For Continuance** (document #55), and for reasons stated during a telephone hearing this date, the Court finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that defendant is granted leave to file an Amended Answer, same to be filed no more than three days of the date of this Order.

**IT IS FURTHER ORDERED** that trial of this matter is continued, with a new trial date to be scheduled by separate order.

**IT IS FURTHER ORDERED** that plaintiff shall have sixty days from the date of this Order to take additional discovery on the affirmative defense of exemption under the Fair Labor Standards Act, and defendant is directed to cooperate in scheduling and expediting such discovery to the greatest possible extent.

**IT IS SO ORDERED.**

                                                 **/s/ Jimm Larry Hendren**
                                                 **JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**