IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARTIN GILZOW**                                              **PLAINTIFF**

    **v.**                    **Case No. 05-5091**

**LENDERS TITLE COMPANY, an Arkansas
Corporation**                                                  **DEFENDANT**

### O R D E R

Now on this 18th day of May, 2006, comes on for consideration **Plaintiff's Motion To Extend Discovery Deadline** (document #63), and from said motion, the response thereto, and the arguments of counsel in a telephone conference this date, the Court finds that said motion should be, and same hereby is, **granted**, and the discovery deadline in this matter is extended through June 27, 2006.

**IT IS SO ORDERED.**

                                              **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**